1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant United States Attorney
3  501 I Street, Suite 11-100
   Sacramento, California 95814
4  Telephone: (916) 554-2785

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    No. 2:03-cr-00432-MCE
                                )
12                  Plaintiff,  )
                                )    MOTION TO DISMISS INDICTMENT
13      v.                      )    AS TO SANDRA CERVANTES
                                )    AND FOR REVOCATION
14 SANDRA CERVANTES,            )    OF ARREST WARRANT FOR
                                )    SANDRA CERVANTES
15                  Defendant.  )
                                )
16                              )

17

18      The United States hereby moves to dismiss the charges in
19 the Superseding Indictment pending against defendant Sandra
20 Cervantes.  In addition, the government moves the Court to
21 revoke the bench warrant which was issued following Ms.
22 Cervantes' failure to appear following issuance of a summons in
23 this case.  Defendant Cervantes has never appeared in this
24 matter and has never been arrested on the warrant.
25      The co-defendant in this matter, Khaled Ahmed, who is the
26 husband of defendant Cervantes, successfully moved for change of
27 venue and this case was transferred to the Central District of
28 California.

1 Co-defendant Ahmed entered a guilty plea at the end of a second
2 week of trial before the Honorable Dean D. Pregerson in the
3 Central District.  As part of the plea agreement, the government
4 agreed to dismiss the pending charges in this matter against
5 defendant Cervantes at the time of Ahmed's sentencing.  The
6 defendant was sentenced on June 29, 2007 in the Central
7 District.

8     The Clerk's office in the Central District of California
9 will not entertain this motion because it is their position that
10 only Ahmed's case was transferred to that district and that Ms.
11 Cervantes' case is still pending in this district.   For this
12 reason, the government is now asking this Court to grant this
13 motion to dismiss the charges against Ms. Cervantes and to
14 revoke the warrant for her arrest.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    UNITED STATES ATTORNEY

                              By:   /S/ Anne Pings
                                    _____
                                    ANNE PINGS
                                    ASSISTANT UNITED STATES ATTORNEY

**IT IS SO ORDERED.**

Dated: July 6, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE